1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                             SAN FRANCISCO DIVISION
11

   MEGGY CAI QING LI,                    )    No. C 08-2425 MEJ
12                                       )
                  Plaintiff              )
13                                       )
            v.                           )                CONTINUE
14                                       )    STIPULATION TO ~~VACATE~~ CASE
   MICHAEL CHERTOFF, Secretary of the    )    MANAGEMENT CONFERENCE;
15 U.S. Department of Homeland Security; )    ~~PROPOSED~~ ORDER
   EMILIO T. GONZALES, Director of       )
16 U.S. Citizenship and Immigration Services; )
   CHRISTINA POULOS, Director, California )
17 Service Center, USCIS; CONDOLEEZA     )
   RICE, Secretary of State,             )
18                                       )
                  Defendants.            )
19                                       )

20      On May 12, 2008, Plaintiff filed the above-captioned action. The Court issued a scheduling

21 order on the same date, setting a Case Management Conference for August 21, 2008.  On

22 July 14, 2008, Defendants moved to dismiss the Complaint; in the alternative, Defendants moved

23 for a grant of summary judgment in their favor. The hearing on Defendants' Motion is scheduled

24 for September 25, 2008.  Defendants' counsel has filed a Notice of Unavailability, indicating that

25 she will be unavailable from August 18-29, 2008.

26 ///

27 ///

28 ///

STIPULATION
C 08-2425 MEJ                               1

The parties do not have any disputes that would be resolved at a Case Management Conference, and it appears that this action will be resolved through motions. Accordingly, the parties hereby stipulate, subject to approval of the Court, to vacate the Case Management Conference scheduled for August 21, 2008. Alternatively, the parties suggest moving the Case Management Conference to follow the hearing on Defendants' Motion.

Dated: July 31, 2008                Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


                                    _____/s/_____
                                    MELANIE L. PROCTOR[1]
                                    Assistant United States Attorney
                                    Attorneys for Defendants


Dated: July 31, 2008                _____/s/_____
                                    JUSTIN WANG
                                    Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for August 21, 2008, is hereby VACATED.

Dated:

                                    _____ _____
                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge

**ALTERNATIVE PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference scheduled for August 21, 2008, is hereby continued to September 25, 2008, to be held following the hearing on Defendants' Motion.

Dated: August 4, 2008

                                    _____ _____
                                    MARIA-ELENA JAMES
                                    United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 08-2425 MEJ                       2