IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DILBERT | Case No. C-05-0087 MEJ |
| Plaintiff, | ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT; |
| vs. | |
| JOHN E. POTTER, POSTMASTER GENERAL, | ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY |
| Defendant | |

The Court hereby continues the hearing on Defendant's Motion for Summary Judgement. The hearing will be held on October 2, 2008, at 10:00 a.m., courtroom, 450 Golden Gate Avenue, San Francisco, California. Defendant's reply to Plaintiff's opposition to be filed by September 18, 2008, with a copy lodged in chambers.

The Court also hereby grants the Plaintiff's Motion to Appear at the October 2, 2008, telephonically.

**IT IS SO ORDERED.**

Dated: September 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge