IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGGY CAI QING LI | Case No. C-08-2425 MEJ |
| Plaintiff, | ORDER CLARIFYING DATE OF HEARING ON DEFENDANT'S MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGEMENT |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants | |

The hearing on Defendant's MOTION to Dismiss for Lack of Jurisdiction or for Summary Judgment, was mistakenly reset for October 2, 2008. This was an error. The Court will hear Defendant's motion and Plaintiff's cross-motion on September 25, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco California.

**IT IS SO ORDERED.**

Dated: September 19, 2008

MARIA-ELENA JAMES
United States Magistrate Judge